Brian J. Porter, Bar Number 10569
Benjamin J Mann, Bar Number 10198
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for Seterus, Inc. as the authorized
subservicer for Federal National Mortgage
Association ("Fannie Mae"), creditor c/o
Seterus, Inc.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 801-990-3716
Facsimile: 801-328-9714
Email: brian@hwmlawfirm.com
File No.: 51315

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Chapter 13 |
| KEVIN S. GLANDER | Case No. 17-20790 TLM |
| Debtors. | **STIPULATION TO CURE POST-PETITION ARREARAGE** |

Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. ("Secured Creditor"), by and through its attorney, Brian J. Porter, and the Debtor, by and through his attorney, Jeffrey H. Andrews, hereby stipulate as follows:

1.     That through May, 2018, the Debtor is in arrears three (3) months on post-petition mortgage payments of $648.46, starting March, 2018 through April, 2018, and one month of post-petition payments of $708.56 for May, 2018, totaling $2,005.48, and agrees to pay those amounts as set forth below.

2.     That Secured Creditor has expended reasonable attorney fees and expenses in this

action in the sum of $1,031.00, which amount Debtor agrees to pay as set forth below.

3. Debtor agrees to make the following payments to cure the post-petition arrearage and other amounts owing as set forth in paragraphs 1 and 2 above (said payments also include current payments commencing with the June, 2018 payment):

a. Regular payments in the amount of $708.56 (or any additional amount as required by the Note or Trust Deed) due on or before the first day of each month for the months of June, 2018 through November, 2018;

b. $506.08 due on or before June 15, 2018;

$506.08 due on or before July 15, 2018;

$506.08 due on or before August 15, 2018;

$506.08 due on or before September 15, 2018;

$506.08 due on or before October 15, 2018;

$506.08 due on or before November 15, 2018.

4. The payments required by paragraph 3 above must be made with certified funds at the office of Seterus, Inc., 14523 SW Millikan Way, Suite 200, Beaverton, OR 97005.

5. Debtors shall make regular monthly payments of $708.56 (or any additional amount as required by the Note or Trust Deed) due on the first day of each month commencing June, 2018, and thereafter and payable directly to Seterus, Inc., 14523 SW Millikan Way, Suite 200, Beaverton, OR 97005. Debtors also agree to pay with the payments above in paragraph 3 any additional amount, if any, due to an increase in the monthly reserve requirement following notice by Secured Creditor.

6. In the event any of the regular monthly payments required by paragraph 5 and any payments required by paragraph 3(a) or 3(b) are not paid when due, then Secured Creditor may

obtain an ex parte order terminating the automatic stay as outlined above, but only after giving written notice of the nonpayment to Debtors and Debtors' attorney, and the unpaid amounts, plus any payments coming due within the ten (10) day period following the date of the notice, remain unpaid for ten (10) days following the date of the notice. Notice shall be by certified mail and shall be complete upon deposit in the U. S. Mail. However, and notwithstanding the foregoing to the contrary, in the event three such written notices are given and there is a fourth default by Debtor, then Secured Creditor shall be entitled to an ex parte order terminating the automatic stay by presenting an affidavit and order to the Court, but without the necessity of giving a fourth written notice or any other notice to Debtor.

7. All written notices required hereunder shall be addressed as follows:

Kevin S. Glander
1602 North Compton Street Apt B
Post Falls, ID 83854

Jeffrey H. Andrews
POB 2246
Hayden, ID 83835

8. The acceptance by Secured Creditor of a late or partial payment shall not act as a waiver of Secured Creditor's right to proceed hereunder.

9. In the event Debtors are delinquent in Chapter 13 plan payments, Debtors agree to cure the delinquency within 30 days. This paragraph does not serve to limit the Debtor's ability to timely request a deferral subject to the Trustee's approval under Section 2.5 of the Plan nor will it serve the to limit the right of the Debtor to modify the Plan consistent with the code and rules.

10. With respect to Rule 4001(a)(3), the Court should allow immediate enforcement of any order for relief granted in accordance with this stipulation and the order filed herewith.

11. The Court is requested to execute the Order Based on Stipulation to Cure Post-Petition Arrearage filed herewith.

DATED this May 8, 2018

/s/ Brian J. Porter

Brian J. Porter

Attorney for Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.

Jeffrey H. Andrews
Attorney for Debtor

C. Barry Zimmerman
Chapter 13 Trustee